ORDERED.

Dated: January 08, 2020

Michael G. Williamson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  
　  
Alvaro Ramos  
Laurie Ann Ramos,  

　　　Debtor(s).  
_____/

Case No. 8:19-bk-09605-MGW  
Chapter 7

### ORDER ON TRUSTEE'S APPLICATION TO EMPLOY AN APPRAISER

THIS CASE came on for consideration, without a hearing, on the Application to Employ an Appraiser filed by Christine L. Herendeen, the Trustee in the above-captioned Chapter 7 Case (Doc. No. 30). The Court has considered the Application, together with the record, and finds that the Application is well taken and should be approved. The Court is satisfied that the appraiser represents no adverse interest to the estate, and that the case is one justifying the employment of the appraiser. Accordingly, it is

**ORDERED**:

1. The Trustee's Application to Employ an Appraiser is hereby approved.

2. Christine L. Herendeen, Trustee, is authorized to employ R. James Stevens for the purpose set forth in the application.

      3.      The Court approves compensation and reimbursement of expenses as set forth in the Application.

      4.      Compensation will be determined later in accordance with 11 U.S.C. § 330. No payments are to be made without prior application and approval of the Court.

Trustee, Christine L. Herendeen, is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the order.