**American Land Title Association**  ALTA Settlement Statement - Cash
Adopted 05-01-2015

FileNo./Escrow No.: 19-2027    **Bernard & Schemer, P.A.**

Officer/Escrow Officer: Lawrence J. Bernard    **480 Busch Drive**
Settlement Location:    **Jacksonville, Florida  32218**
480 Busch Drive
Jacksonville, Florida  32218

Property Address: 19050 SW 284th Street, Homestead, Florida  33030
Buyer: Millard John Walters, 121 Spvr 191 Unit 478, Spicewood, Texas  78669
Seller: Christine L Herendeen, as Trustee for the Bankruptcy Estate of Alvaro Ramos under Case No. 19-09605
Lender:
Loan Type: Cash Settlement

Settlement Date: 5/29/2020
Disbursement Date: 5/29/2020
Additional dates per state requirements:

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | $400,118.00 | Sales Price of Property | $400,118.00 | |
| | | Deposit including earnest money | | $5,000.00 |
| $500.00 | | Payoff of Third Mortgage | | |
| | | | | |
| | | **Prorations/Adjustments** | | |
| $1,952.08 | | County Taxes from 1/1/2020 to 5/29/2020 | | $1,952.08 |
| | | | | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| | | Title - Buyer Closing Fee to Bernard & Schemer, P.A. | $100.00 | |
| $1,200.00 | | Title - Closing Fee to Bernard & Schemer, P.A. | | |
| $2,076.00 | | Title - Owner's Coverage Premium to Fidelity National Title Insurance Company | | |
| | | Title - Post Closing Fee to Bernard & Schemer, P.A. | $125.00 | |
| $100.00 | | Title - Search Fee to Fidelity National Title Insurance Company | | |
| | | | | |
| | | **Commission** | | |
| $12,003.54 | | Real Estate Commission (Buyer) to Allison James Estates & Homes | | |
| $12,003.54 | | Real Estate Commission (Seller) to 7 Star Realty | | |
| | | | | |
| | | **Government Recording & Transfer Charges** | | |
| | | Recording Fees to Clerk of the Circuit Court | $52.50 | |
| | | E-Record Fee to Clerk of the Circuit Court | $9.00 | |
| $2,401.20 | | Transfer Taxes - Deed State to Clerk of the Circuit Court | | |
| | | | | |
| | | **Payoff(s)** | | |

**EXHIBIT "D"**

**American Land Title Association**  ALTA Settlement Statement - Cash
Adopted 05-01-2015

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| $108,670.70 | | Lender: Secretary of HUD | | |
| | | Principal Balance ($108,670.70) | | |
| | | Interest on Payoff Loan () | | |
| $258,410.94 | | Lender: Flagstar | | |
| | | Principal Balance ($258,410.94) | | |
| | | Interest on Payoff Loan () | | |
| | | **Miscellaneous** | | |
| | | Bankruptcy Surcharge to Christine Herendeen, Trustee | $20,005.90 | |
| $800.00 | | Stormwater Lien Case No's. 084525, 115154, 093741, 100174, 105646, 111171 to Miami-Dade County Stormwater Utility | | |

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| $400,118.00 | $400,118.00 | **Subtotals** | $420,410.40 | $6,952.08 |
| | | Due From Buyer | $413,458.32 | |
| | | Due From Seller | | |

**American Land Title Association**  ALTA Settlement Statement - Cash
Adopted 05-01-2015

**Acknowledgement**
We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement.  We/I authorize Bernard & Schemer, P.A. to cause the funds to be disbursed in accordance with this statement.

Christine L Herendeen, as Trustee for the Bankruptcy Estate of Alvaro Ramos under Case No. 19-09605

Buyer: _____   Seller: _____
         Millard John Walters                                                    Christine Herendeen, Trustee

I have reviewed the Closing Disclosure, the settlement statement, the lender's closing instructions and any and all other forms relative to the escrow funds, including any disclosure of the Florida title insurance premiums being paid, and I agree to disburse the escrow funds in accordance with the terms of this transaction and Florida law.

_____
Escrow Officer